**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | | |
|---|---|---|
| WANDA CASHWELL, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:08-cv-00838-JFM |
| EQUITY RESIDENTIAL MANAGEMENT, LLC, *et al.*, | : | |
| Defendants. | : | |

ooo0ooo

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and defendants, by their respective undersigned counsel, hereby stipulate to the dismissal of this case with prejudice.

| | |
|---|---|
| /s/ | /s/ |
| Jason St. John, Fed Bar. No. 26384 | Joseph B. Espo, Fed Bar. No. 07490 |
| SAUL EWING, LLP | BROWN, GOLDSTEIN & LEVY, LLP |
| 500 E. Pratt St., 8th Floor | 120 E. Baltimore St., Suite 1700 |
| Baltimore, MD  21202-3133 | Baltimore, Maryland  21202-6701 |
| | |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |